Submitted on petition for return of bail.   Petition denied November 29, 1927.

## STATE *v.* PAUL DORMITZER.

(261 Pac. 428.)

**Courts—Supreme Court Held Without Authority to Grant Petition for Return by Justice of Bail Forfeited in Criminal Proceedings (Const., Art. VII, §§ 2b, 6).**

Supreme Court *held* without authority to grant petition for return to defendant of bail forfeited in criminal proceedings in Justice Court under Constitution, Article VII, Sections 2b, 6, limiting Supreme Court's jurisdiction to review of final decisions of Circuit Courts and original jurisdiction in *mandamus, quo warranto* and *habeas corpus.*

---

Embezzlement, 20 C. J., p. 409, n. 2, 3, p. 441, n. 11, p. 458, n. 62, 63, p. 459, n. 67, 68.

Indictments and Informations, 31 C. J., p. 650, n. 65, p. 651, n. 75, p. 652, n. 99, p. 654, n. 19, 20, p. 661, n. 95, 97, p. 662, n. 98, 4 New, p. 672, n. 44, p. 745, n. 98.

ORIGINAL PROCEEDINGS IN SUPREME COURT.

PETITION FOR RETURN OF BAIL.

PETITION DENIED.

*Mr. Paul Dormitzer, in pro. per.,* for the petition.

BROWN, J.—The defendant has filed in this court a petition alleging, among other things:

"That, at the time of this defendant's apprehension and arrest, the justice of the peace demanded of this defendant the sum of $100 bail;

"That the defendant then and there paid the justice of the peace the sum of $100 in cash as bail;

"That, three hours thereafter, without notice to this defendant, the said justice declared the bail forfeited and claims to have deposited the same with the county treasurer; * *

"Wherefore, the petitioner prays * * that, upon a review thereof (affidavits in the transcript), it be ordered that the sum of $100 be returned to this defendant."

At the outset, we are confronted with the following constitutional provision:

"The Supreme Court shall have jurisdiction only to revise the final decisions of the circuit courts." Section 6, Art. VII, Or. Const.

This court is not a court of original jurisdiction. While it may, pursuant to Section 2-b, Article VII, Oregon Constitution, "in its own discretion, take original jurisdiction in *mandamus, quo warranto* and *habeas corpus* proceedings," it is wholly without authority to grant the relief prayed for.

The petition is denied.        PETITION DENIED.